# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>1.18 ACRES, MORE OR LESS, IN BUCKINGHAM COUNTY, VIRGINIA, *et al.*,<br><br>*Defendants*. | Case No.: 6:18-cv-00047-NKM |

### PLAINTIFF ATLANTIC COAST PIPELINE, LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST REMAINING DEFENDANTS

Plaintiff Atlantic Coast Pipeline, LLC ("Atlantic"), by counsel and pursuant to Federal Rule of Civil Procedure 55, respectfully submits its Motion for Default Judgment against All Unknown Owners. The reasons for the relief requested in this Motion are set forth in the accompanying Memorandum of Law.

Atlantic is not asking for the Court to determine just compensation based solely on the filing of this motion, but at a hearing in which Atlantic will present evidence as to the value of just compensation. Pursuant to Federal Rule of Civil Procedure 71.1(e)(3), the defendants listed herein may present evidence as to just compensation at that hearing. Moreover, pursuant to Federal Rule of Civil Procedure 71.1(d)(2)(A)(vi), defendants have been advised "that the failure to so serve an answer constitutes consent to the taking and to the court's authority to proceed with the action and fix the compensation."

Dated: November 19, 2019   ATLANTIC COAST PIPELINE, LLC
By Counsel

/s/ Richard D. Holzheimer, Jr.

Richard D. Holzheimer, Jr. (VSB No. 40803)
John D. Wilburn (VSB No. 41141)
N. Patrick Lee (VSB No. 78735)
Kang He (VSB No. 89237)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia  22102
Telephone:   (703) 712-5000
Facsimile:    (703) 712-5050
rholzheimer@mcguirewoods.com
jwilburn@mcguirewoods.com
plee@mcguirewoods.com
khe@mcguirewoods.com

Godfrey T. Pinn, Jr. (VSB No. 43106)
Franklin Desean McFadden, Jr. (VSB No. 84187)
**HARRELL & CHAMBLISS LLP**
707 East Main Street, Suite 100
Richmond, Virginia  23219
Telephone:   (804) 643-8401
Facsimile:    (804) 648-2702
gpinn@hclawfirm.com
fmcfadden@hclawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. Defendants in default were not served pursuant to Federal Rule of Civil Procedure 5(a)(2).

/s/ Richard D. Holzheimer, Jr.
Richard D. Holzheimer, Jr.